1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ELWOOD DUANE HAYES,                    1:11-cv-00671-JLT (HC)

12                  Petitioner,
                                            ORDER AUTHORIZING
13         vs.                              IN FORMA PAUPERIS STATUS

14   CALIFORNIA SUPREME COURT, et al,

15                  Respondent.
     _____/
16

17         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 1651.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20

21   IT IS SO ORDERED.

22   Dated:   **May 5, 2011**                        **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28